*In re* Reglamento del Tribunal Supremo.

*Número:* ———    *Resuelto:* 20 de noviembre de 1985

RESOLUCIÓN

## I

La Regla 40 del Reglamento de este Tribunal dispone:

Regla 40. Forma de los escritos; copias

(a) Todo escrito que se presente a este Tribunal se hará en maquinilla tipo "pica" o mayor, a doble espacio, en papel tamaño legal (8½″ x 14″) por un solo lado del papel con un margen izquierdo no menor de 1½″ y margen derecho no menor de ½″, y no se coserá con alambres.

(b) Cualquier documento que forme parte de un apéndice debe cumplir estrictamente con el inciso (a) anterior, excepto que se permitirá fotocopiar documentos originales a

espacio sencillo siempre y cuando dichas copias sean claramente legibles y cumplan con los demás requisitos adaptables de dicho inciso (a).

(c) La presentación de todo documento a este Tribunal se hará en original y nueve copias claramente legibles, que podrán ser de mimeógrafo, fotocopias o de máquinas reproductoras de eficiencia análoga. No se aceptarán copias carbón bajo ninguna circunstancia. Será deber del Secretario velar por la estricta observancia de esta disposición, y en su caso tomar las medidas correctivas que dispone la Regla 8(d). Se hará excepción del legajo o expediente a que se refiere la Regla 35, que podrá elevarse en original solamente, y la transcripción de evidencia, que se elevará en original y tres copias.

(d) Cuando estas reglas disponen el número máximo de páginas para un escrito, no se deben presentar en exceso de dicho máximo. El Tribunal no concederá excepciones, excepto mediante una moción justificativa con razones específicas y no con meras generalizaciones.

(e) El Secretario no aceptará ni permitirá que se presente un memorando de autoridades separado en apoyo de un escrito. Las autoridades pertinentes deben siempre incorporarse y discutirse dentro del cuerpo de los respectivos escritos.

No obstante los claros términos de dichas disposiciones, hemos observado que con inusitada frecuencia numerosos recursos y escritos que se presentan incumplen los requisitos de dicha Regla 40 y de aquellas que específicamente se refieren a recursos de jurisdicción original (Regla 14), solicitudes de *certiorari* (Regla 21), solicitudes de certificación (Regla 24), y lo concerniente a los apéndices (Regla 34).

Advertimos, además, que todo escrito debe acreditar fehacientemente la jurisdicción de este Tribunal haciendo una relación de los trámites observados y presentando ante nos todos aquellos documentos necesarios que permitan una corroboración efectiva de la misma. Así, deberá acompañarse con el recurso copia de la sentencia, de su notificación y archivo y en aquellos casos en que se interponga moción de reconsideración y solicitud de determinaciones de hecho adicionales, también

se acompañará copia de las mismas donde aparezca claramente la fecha de presentación en Secretaría y notificación a las otras partes. Asimismo, cuando un tribunal de instancia actúe sobre una moción de reconsideración deberá acreditarse tal hecho mediante copia de la orden de que se trate o del señalamiento que se hiciere, si alguno.

El incumplimiento de éstas y cualesquiera otras disposiciones del Reglamento de este Tribunal acusa desconocimiento de las mismas, cuando no su negligente o voluntaria desobediencia. Además, entre los muchos asuntos ante nos, dificulta la lectura y análisis de los recursos y promueve dilaciones indebidas, trámites adicionales y gastos innecesarios.

## II

Este Tribunal apercibe y notifica por este medio a todos los abogados que requerirá el más estricto cumplimiento de las citadas disposiciones. Véanse *Matos* v. *Metropolitan Marble Corp.*, 104 D.P.R. 122 (1975), y *Mfrs. H. Leasing* v. *Carib. Tubular Corp.*, 115 D.P.R. 428 (1984). Se instruye al personal de la Secretaría General que a partir del 1ro de enero de 1986 proceda de conformidad con la Regla 8 (d) de nuestro Reglamento, que dispone:

> (d) El Secretario velará porque todos los escritos que se presenten al Tribunal cumplan con las disposiciones de este Reglamento. Cuando cualquier escrito no cumpla con dichas disposiciones, el Secretario anotará el hecho de su presentación, pero lo devolverá (reteniendo sólo una copia) con un señalamiento de las deficiencias encontradas, que podrán corregirse dentro del término jurisdiccional.

Remítase copia al Colegio de Abogados, al Director Administrativo de los Tribunales para su difusión a través de los diferentes centros judiciales, y publíquese en el tablón de edictos en el vestíbulo de este Tribunal.

Lo acordó el Tribunal y certifica el Secretario General Interino.

(*Fdo.*) Heriberto Pérez Ruiz
*Secretario General Interino*